No. 45641.—Protest 867861–G of A. L. Tuska Son & Co. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockinghamware earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.

No. 45642.—Protests 50745–K, etc., of Economu Ritsos, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) the protests were sustained.

No. 45643.—Protests 49967–K, etc., of Andrew Makris & Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49302) the protests were. sustained.

No. 45644.—Protests 53216–K, etc., of Moosalina Products Corp. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302) the protests were sustained.

No. 45645.—Protests 935731–G, etc., of Max Landau & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that the merchandise is dutiable on the net weight of the contents of the tins less allowance for the gelatinous material contained therein.

No. 45646.—Protests 947608–G, etc., of Max Landau & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that the merchandise is dutiable on the net weight of the contents of the tins less allowance for the gelatinous material contained therein.

No. 45647.—Protests 966433–G, etc., of Abraham & Straus, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 345, C. D. 358) it was held that the merchandise is dutiable on the net weight of the contents of the tins less allowance for the gelatinous material contained therein.